IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-251-D

| | | |
|---|---|---|
| JOHN LASCHKEWITSCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEGAL & GENERAL AMERICA, INC., d/b/a | ) | |
| BANNER LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

On July 14, 2015, plaintiff (a familiar litigant who again is appearing pro se) filed a motion

with supporting memorandum to postpone the Rule 26(f) conference and submission of a discovery

plan [D.E. 28, 29]. Cf., e.g., ReliaStar Life Ins. Co. v. Laschkewitsch, 597 F. App'x 159 (4th Cir.

2015) (per curiam) (unpublished); Laschkewitsch v. Lincoln Life & Annuity Distributors, Inc., 47

F. Supp. 3d 327 (E.D.N.C. 2014). On July 15, 2015, defendant responded in opposition [D.E. 31].

On August 10, 2015, plaintiff replied [D.E. 35].

The motion to postpone is granted in part. The parties shall conduct their Rule 26(f)

conference not later than September 25, 2015, and submit by September 30, 2015, a joint proposed

discovery plan in accordance with the court's June 15, 2015 order for a discovery plan [D.E. 20] and

the Federal Rules of Civil Procedure.

Finally, the court also has considered plaintiff's motion to strike. See [D.E. 24]. The motion

lacks merit and is DENIED.

SO ORDERED. This 11 day of September 2015.

JAMES C. DEVER III
Chief United States District Judge