IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-251-D

JOHN LASCHKEWITSCH, )
)
                 Plaintiff, )
)
v. )         ORDER
)
LEGAL & GENERAL AMERICA, INC., d/b/a )
BANNER LIFE INSURANCE COMPANY, )
)
                 Defendant. )

On January 26, 2016, John Laschkewitsch filed a pro se motion for sanctions under Rule 11 of the Federal Rules of Civil Procedure. See [D.E. 40]. The court has reviewed the motion, the response in opposition, and the reply. See [D.E. 42, 43]. The motion [D.E. 40] lacks merit and is DENIED.

SO ORDERED. This 11 day of April 2016.

                                       JAMES C. DEVER III
                                       Chief United States District Judge