# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF EASTERN DISTRICT OF NORTH CAROLINA

## WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN LASCHKEWITSCH,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **LEGAL & GENERAL AMERICA, Inc.,** | § | Civil Action No. 5:15-CV-00251-D |
| **d/b/a BANNER LIFE INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

## ORDER

Before the Court is Defendant Banner Life Insurance Company's Motion to Compel [Dkt. # 45 as amended by Dkt. # 48]. The Court finds that the Motion has merit and is **GRANTED**. Plaintiff John Laschkewitsch is **ORDERED** to sit for a deposition at a mutually-agreeable time no later than June 17, 2016, at the offices of Nelson Mullins Riley & Scarborough LLP, GlenLake One, Suite 200, 4140 Parklake Ave., Raleigh, North Carolina, 27612.

SIGNED on ___May 25___, 2016

_____
JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE

1