UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHN LASCHKEWITSCH, )
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
V. ) **CASE NO. 5:15-cv-251-D**
)
LEGAL & GENERAL AMERICA, INC., )
d/b/a BANNER LIFE INSURANCE )
COMPANY, )
        Defendant. )

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 60]. The court AWARDS defendant $2,734.47 in damages, treble the amount of defendant's compensatory damages of $911.49. Defendants may submit a claim for costs and attorney's fees by April 6, 2017, and brief any issues associated with its entitlement to costs and attorney's fees.

**This Judgment Filed and Entered on March 23, 2017, and Copies To:**

| | |
|---|---|
| Melvin Earl Banks | (Sent to 1933 Ashridge Dr. Fayetteville, NC 28304 via US Mail) |
| Hutson B. Smelley | (via CM/ECF electronic notification) |
| David R. McDowell | (via CM/ECF electronic notification) |
| William B. Thomas | (via CM/ECF electronic notification) |
| Leslie Mize | (via CM/ECF electronic notification) |

DATE:                           PETER A. MOORE, JR., CLERK

March 23, 2017             (By) /s/ Nicole Briggeman
                                       Deputy Clerk