IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-251-D

| | | |
|---|---|---|
| JOHN LASCHKEWITSCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEGAL & GENERAL AMERICA, INC., d/b/a | ) | |
| BANNER LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

On November 29, 2017, John Laschkewitsch moved for relief from judgment [D.E. 114].

See Fed. R. Civ. P. 60(a). On December 19, 2017, Legal & General America, Inc. d/b/a Banner Life

Insurance Company responded in opposition [D.E. 123].

Laschkewitsch's motion [D.E. 114] is DENIED as baseless. The motion to seal [D.E. 117]

is GRANTED.

SO ORDERED. This _20_ day of December 2017.

JAMES C. DEVER III
Chief United States District Judge